IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS PILCHER, in His Capacity as Administrator of the Estate of Christopher Robert Myers, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:25-cv-00072-KD-B |
| CITY OF FOLEY, ALABAMA, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING JOINT PROPOSED ORDER

Defendants the City of Foley, Alabama, Mayor Ralph Hellmich, Chief Thurston Bullock, Deputy Chief Kevin Carnley, and Jail Cmdr. Larry Dearing give notice of filing the attached joint proposed order agreed upon by the parties pursuant to the Court's order of January 30, 2026 (Doc. 30).

                                                */s/ James H. Pike*
                                                James H. Pike
                                                Alabama State Bar No. ASB-5168-P63J
                                                SHEALY, PIKE & HORNSBY
                                                P.O. Box 6346
                                                Dothan, Alabama 36302-6346
                                                Telephone: (334) 677-3000
                                                Fax: (334) 677-0030
                                                jpike@shealypikelaw.com

                                                *Attorney for Defendants the City of Foley, Alabama, Mayor Ralph Hellmich, Chief Thurston Bullock, Deputy Chief Kevin Carnley, and Jail Cmdr. Larry Dearing*

1

**Certificate of Service**

I, James H. Pike, certify that on February 19, 2026, I electronically served this document, via the CM/ECF system, upon:

Anthony J. Piazza
ANTHONY PIAZZA, P.C.
P.O. Box 550217
Birmingham, Alabama 35255-0217

Johnathan F. Austin
AUSTIN LAW, P.C.
P.O. Box 321173
Birmingham, AL 35232-1173

Richard A. Rice
THE RICE FIRM, LLC
115 Richard Arrington Jr. Blvd. North
Birmingham Alabama 35203-4105

Mark L. Redditt
Robert Bradford Reasonover
MAYNARD NEXSEN, P.C.
11 North Water Street, Suite 24290
Mobile, Alabama 36602-5024

Reed M. Coleman
HOLTSFORD GILLILAND
6483 Van Buren Street
Daphne, Alabama 36526-7586

John Peter Crook McCall
Ann Chapman
STARNES DAVIS FLORIE LLP
11 North Water Street, Suite 20290
Mobile, Alabama 36602

/s/ *James H. Pike*
James H. Pike