```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| THOMAS PILCHER, | * |
| As Administrator of the | * |
| Estate of Christopher Robert | * |
| Myers, Deceased, | * |
| | * |
| Plaintiff, | * CIVIL ACTION NO. 25-00072-KD-B |
| | * |
| vs. | * |
| | * |
| CITY OF FOLEY, ALABAMA, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

The Court enters this Order to address the safeguarding of confidential information in six video recordings (Exhibits 1 through 6) filed into the record. (Doc. 26, PageID.267—72.) On May 14, 2025, defendants the City of Foley, Alabama, Mayor Ralph Hellmich, Chief Thurston Bullock, Deputy Chief Kevin Carnley, Jail Cmdr. Larry Dearing, Chief Corrections Officer Nicole Phillips, Shift Supervisor Melanie Gouveia, Correction Officer Dontae Bailey, Shift Supervisor Raven Williams, Corrections Officer John Ash, and Corrections Officer Louis Brower, Jr. (collectively "the Foley Defendants") filed a motion for leave to file the six video exhibits under seal. (Doc. 20, PageID.179—84.) The Foley Defendants explained that the exhibits contain confidential information that should not be publicly available. On January 30, 2026, the Court ordered the parties to confer about appropriate

safeguards to adequately protect the confidential information and to file a joint proposed order addressing the safeguarding of confidential information. (Doc. 40, PageID.394.) Based on the parties' agreement, the Court enters this Order governing Exhibits 1 through 6. The original Exhibits 1 through 6 shall remain sealed. Within ninety (90) days from that date of this Order, the parties shall agree upon the confidential information to be redacted in Exhibits 1 through 6 and shall file redacted versions of Exhibits 1 through 6 with the clerk. The redacted versions of Exhibits 1 through 6 shall be available for public viewing.

Because the original versions of Exhibits 1 through 4 require a proprietary video player to display the time of day, the redacted versions of Exhibits 1 through 4 shall have a time stamp overlayed to approximate, as accurately as possible, the time that the player displays for the original versions of Exhibits 1 through 4. (Exhibits 5 and 6 do not require a proprietary player and already display a time stamp.)

If the parties are unable to agree upon redactions or require additional time to accomplish the redactions, the parties may file another motion.

**DONE** this \_\_\_\_\_ day of **February, 2026.**

**UNITED STATES MAGISTRATE JUDGE**