## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS PILCHER, in his Capacity as Administrator of the Estate of Christopher Robert Myers, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 25-00072-KD-M |
| | ) | |
| CITY OF FOLEY, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all the portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which an objection, is made, (docs. 43, 44), the Report and Recommendation of the Magistrate Judge, (doc. 42), dated March 2, 2026 – made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a) – is **ADOPTED in part** as follows:

The Foley Defendants' Motion to Dismiss as to the Federal Constitutional claims is **GRANTED** for reasons stated in the Report and Recommendation. The Motion to Dismiss is **DENIED** as to the remaining state law claims. The Court will continue to exercise supplemental jurisdiction over the state law claims until it is determined whether the Constitutional claims against Bay Nursing, Inc. are viable.

**DONE** and **ORDERED** this **19th day** of **March 2026.**

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1