**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS PILCHER, as Administrator of the Estate of Christopher Robert Myers, Deceased,** | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION NO. 25-00072-KD-B** |
| **vs.** | * | |
| **CITY OF FOLEY, ALABAMA, *et al.*,** | * | |
| **Defendants.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation (doc. 65) to which objection (doc. 71) is made, the report and recommendation of the Magistrate Judge dated September 14, 2026 is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant Bay Nursing Inc.'s motion to dismiss (doc. 35) is **DENIED**. The time for Plaintiff Thomas Pilcher to serve Defendant Bay Nursing is **EXTENDED** through **December 17, 2026.**

**DONE** and **ORDERED** this 16th day of November 2026.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE